# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

ABDALA WARSAME ABDILLE

              V.

ROBIN BAKER, et al.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**  09 CV 2446 JM (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Abdille's petition for writ of habeas corpus is denied............................................................................................................................................................................................................................

| November 30, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |

ENTERED ON November 30, 2009

09 CV 2446 JM (BLM)